**STATE of Missouri, Respondent,**

v.

**Demarko BOLDEN, Defendant/Appellant.**

**No. 72011.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 20, 1998.

Susan W. McGraugh, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Seth A. Albin, Cheryl A. Caponegro, Asst. Attys. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

## ORDER

PER CURIAM.

Defendant appeals from the judgment entered on jury verdicts finding him guilty of two counts of first degree robbery, in violation of section 569.020 RSMo 1994, of two counts of armed criminal action, in violation of section 571.015 RSMo 1994, and of one count of first degree assault, in violation of section 565.050 RSMo 1994, on which he was sentenced to a total of twenty-nine years imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).

■

**Joseph DAVIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 72046.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 20, 1998.

Susan K. Eckles, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Movant appeals the judgment denying his Rule 24.035 motion as untimely. We have reviewed the briefs of the parties and the record provided on appeal and we conclude the motion court's finding is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision for the use of the parties only. The judgment is affirmed pursuant to Rule 84.16(b).